# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00129-CV

**City of New Braunfels, Gale Pospisil, Roberto Camerono,
Tom Wilber, and Mary Quinones, Appellants**

**v.**

**Garrison Maurer, d/b/a Comal Towing; Jeramie Hernandez, d/b/a JJ Towing; and
Robert Fleming, d/b/a Pro Care Wrecker Service, Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 433RD JUDICIAL DISTRICT
### NO. C2013-0517D, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss, informing this Court that the underlying claims against them are now moot. Appellants request that we dismiss their interlocutory appeal, along with all the claims made by the appellees against them, which are currently pending in the trial court. The motion is unopposed only to the extent the appellants seek to dismiss the appeal. We grant the motion in part, dismiss the appeal, and deny all other relief. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellants' Motion

Filed:   June 24, 2015